KENNETH A. FEINSWOG
Bar No. 129562
2029 Century Park East
Suite 1260
Los Angeles, California 90067
(310) 277-8211

Attorney for Plaintiffs

FILED
CLERK, U S DISTRICT COURT
FEB 20 2003
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT
OF CALIFORNIA

-----------------------------------------------------------X
BRAVADO INTERNATIONAL GROUP
MERCHANDISING SERVICES, INC. and
BRAVADO INTERNATIONAL GROUP
MERCHANDISING SERVICES, LIMITED,

               Plaintiffs,

-against-

FLASHBACK & FREEDOM, INC., HOWARD GRUICK, XENOSALES.COM, RON DAVIDSON, AVALANCHE POSTERS, ART.COM, ALLPOSTERS.COM, INC., ALLWALL TECHNOLOGIES, INC., NIGEL MATTHEWS, MIKE MARSTON, DAVID PERRY, MICHAEL HEINSTEIN, INFINITY 1, INC., ROCKABILIA, INC., JEFFREY HOLMBOE, ONEPOSTER.COM, LTD., JML MARKETING INT'L a/k/a JML MARKETING INTERNATIONAL, MICHAEL SNARR, GLOBAL PRINTS, URBAN POSTERS.COM, INC., ENCORE ROCK & ROLL NOSTALGIA, COREY MITCHELL, KEVIN RAMIREZ, A MAYER LIMITED d/b/a PYRAMID POSTERS, DAVID FAULKNER, DONNA FAULKNER, N.A. WASTELL AND DARREN PEALE

               Defendants.
-----------------------------------------------------------X

CIVIL ACTION NO.
02-4972 DT

**STIPULATION AND**
**ORDER OF DISMISSAL**

FEB 24 2003

IT IS HEREBY STIPULATED by and between the attorney for plaintiffs and defendants Darren Peale and Nigel Matthews that the claims against Darren Peale and Nigel Matthews and counterclaims that Darren Peale or Nigel Matthews might have been able to assert against plaintiffs in the above-referenced action are hereby dismissed with prejudice with each party bearing its own costs and attorneys' fees.

Respectfully submitted,

Dated: February 12, 2003

By: _____
Kenneth A. Feinswog
Attorney for Plaintiffs

Dated: December ___, 2002

By: _____
Darren Peale

Dated: December ___, 2002

By: _____
Nigel Matthews

SO ORDERED:

**DICKRAN TEVRIZIAN**  FEB 19 2003
United States District Judge